UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 23-12408

Gilbert Wright  Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Mercedes-Benz Financial Services USA LLC hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Mercedes-Benz Financial Services USA LLC
    c/o BK Servicing, LLC
    PO Box 131265
    Roseville, MN  55113-0011

    BK Servicing, LLC

    By /s/ Ed Gezel

    Ed Gezel, Agent
    BK Servicing, LLC
    PO Box 131265
    Roseville, MN  55113-0011
    651-366-6390
    notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on September 30, 2023 :

Paul H. Young  
Young, Marr, Mallis & Deane, LLC  
3554 Hulmeville Rd.  
Ste 102  
Bensalem, PA  19020

Scott F. Waterman [chapter 13]  
Chapter 13 Trustee  
2901 St. Lawrence Ave.  
Suite 100  
Reading, PA  19606

By  /s/ Ed Gezel, Agent  
    Ed Gezel

520458