| Employee Name | Empl ID | Mgt Ctr | Pay Loc | Period Begin | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|---|
| Gilbert Wright | 482150 | 2116 | 330 | 08-09-2023 | 08-15-2023 | 08-24-2023 | 1,889.23 |

| EARNINGS | | | | | TAXES AND DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current Pay | Y-T-D | Description | Current Pay | Y-T-D |
| Regular Earnings | 40.17 | 43.71 | 1,755.83 | 48,780.04 | Federal W/H Tax | 215.09 | 10,749.23 |
| Overtime1 Earnings | 12.00 | 65.56 | 786.78 | 39,118.72 | RR Tier1 SS EE Ded | 154.76 | 6,115.73 |
| Personal Earnings | 0.00 | | 0.00 | 1,358.08 | RR Tier1 Med EE Ded | 36.19 | 1,430.29 |
| Sick Earnings | 0.00 | | 0.00 | 5,545.96 | RR Tier2 EE Ded | 120.03 | 4,561.65 |
| Vacation Earnings | 0.00 | | 0.00 | 1,920.66 | State Tax-Res | 76.63 | 3,028.27 |
| Holiday Earnings | 0.00 | | 0.00 | 3,405.36 | Health | 46.50 | 1,488.00 |
| Total Earnings | | | 2,542.61 | 100,128.82 | Life Ins | 4.18 | 143.96 |
| | | | | | Union Dues RYA 1978 | | 661.00 |
| | | | | | Total Taxes & Deductions | 653.38 | 28,178.13 |

| PAID TIME OFF (PTO) | | | | | EMPLOYER CONTRIBUTION / MISCELLANEOUS | | |
|---|---|---|---|---|---|---|---|
| Description | Prior | Allotment | Taken | Balance | Description | Current Pay | Y-T-D |
| Personal Hrs | 0.00 | 32.00 | 32.00 | 0.00 | 401A ER Contr | 127.13 | 5,006.46 |
| Sick Hrs | 0.00 | 176.00 | 144.00 | 32.00 | NJT Benefit Cost | | 8,000.00 |
| Vacation Hrs | 0.00 | 120.00 | 24.00 | 96.00 | | | |

| TAX FILING INFORMATION | | | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| | Filing Status | # Exemptions | Add'l $ or % PP | Description | Bank Account | Amount |
| Federal | Married-File Jointly | 5 | 0.00 | Pay By Check | | 1,889.23 |
| State | Married or Head of Household | 5 | 0.00 | | | |
| Local | Married | 0 | 0.00 | | | |

### IMPORTANT MESSAGES

Please verify the name and address on your paycheck.
To update, please submit a Personal Information Change Form to HRISStaff@njtransit.com.



**Bank Of America**
575 Pigeon Hill Rd.
Dept. DDA
Windsor, CT 06095
USA
51-44 / 119

No. 106305015

Date 08-24-2023

**PAY** One Thousand Eight Hundred Eighty Nine and 23/100 Dollars  $1,889.23

**TO THE ORDER OF**
Gilbert Wright
3006 Lynwood Court
Pennsburg, PA 18073
USA

**Non-Negotiable**

**PAYROLL ADVICE**

| Employee Name | Empl ID | Mgt Ctr | Pay Loc | Period Begin | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|---|
| Gilbert Wright | 482150 | 2116 | 330 | 08-02-2023 | 08-08-2023 | 08-17-2023 | 1,268.15 |

| EARNINGS | | | | | TAXES AND DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current Pay | Y-T-D | Description | Current Pay | Y-T-D |
| Regular Earnings | 0.00 | | 0.00 | 47,024.21 | Federal W/H Tax | 91.02 | 10,534.14 |
| Overtime1 Earnings | | | | 38,331.94 | RR Tier1 SS EE Ded | 94.68 | 5,960.97 |
| Personal Earnings | 0.00 | | 0.00 | 1,358.08 | RR Tier1 Med EE Ded | 22.14 | 1,394.10 |
| Sick Earnings | 40.00 | 39.34 | 1,573.55 | 5,545.96 | RR Tier2 EE Ded | | 4,441.62 |
| Vacation Earnings | 0.00 | | 0.00 | 1,920.66 | State Tax-Res | 46.88 | 2,951.64 |
| Holiday Earnings | 0.00 | | 0.00 | 3,405.36 | Health | 46.50 | 1,441.50 |
| Total Earnings | | | 1,573.55 | 97,586.21 | Life Ins | 4.18 | 139.78 |
| | | | | | Union Dues RYA 1978 | | 661.00 |
| | | | | | Total Taxes & Deductions | 305.40 | 27,524.75 |

| PAID TIME OFF (PTO) | | | | | EMPLOYER CONTRIBUTION / MISCELLANEOUS | | |
|---|---|---|---|---|---|---|---|
| Description | Prior | Allotment | Taken | Balance | Description | Current Pay | Y-T-D |
| Personal Hrs | 0.00 | 32.00 | 32.00 | 0.00 | 401A ER Contr | 78.68 | 4,879.33 |
| Sick Hrs | 0.00 | 176.00 | 144.00 | 32.00 | NJT Benefit Cost | | 8,000.00 |
| Vacation Hrs | 0.00 | 120.00 | 24.00 | 96.00 | | | |

| TAX FILING INFORMATION | | | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| | Filing Status | # Exemptions | Add'l $ or % PP | Description | Bank Account | Amount |
| Federal | Married-File Jointly | 5 | 0.00 | Pay By Check | | 1,268.15 |
| State | Married or Head of Household | 5 | 0.00 | | | |
| Local | Married | 0 | 0.00 | | | |

**IMPORTANT MESSAGES**

Please verify the name and address on your paycheck.
To update, please submit a Personal Information Change Form to HRISStaff@njtransit.com.

---


**NJTRANSIT**
The Way To Go.

**Bank Of America**
575 Pigeon Hill Rd.
Dept. DDA
Windsor, CT  06095
USA
51-44 / 119

No. 106304799

Date  08-17-2023

**PAY**  One Thousand Two Hundred Sixty Eight and  15/100 Dollars          $1,268.15

**TO THE ORDER OF**
Gilbert Wright
3006 Lynwood Court
Pennsburg, PA  18073
USA

*Non-Negotiable*

**PAYROLL ADVICE**

| Employee Name | Empl ID | Mgt Ctr | Pay Loc | Period Begin | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|---|
| Gilbert Wright | 482150 | 2116 | 330 | 07-26-2023 | 08-01-2023 | 08-10-2023 | 1,827.12 |

### EARNINGS

| Description | Hours | Rate | Current Pay | Y-T-D |
|---|---|---|---|---|
| Regular Earnings | 41.02 | 43.71 | 1,792.98 | 47,024.21 |
| Overtime1 Earnings | 12.00 | 65.56 | 786.78 | 38,331.94 |
| Personal Earnings | 0.00 | | 0.00 | 1,358.08 |
| Sick Earnings | 0.00 | | 0.00 | 3,972.41 |
| Vacation Earnings | 0.00 | | 0.00 | 1,920.66 |
| Holiday Earnings | 0.00 | | 0.00 | 3,405.36 |
| **Total Earnings** | | | **2,579.76** | **96,012.66** |

### TAXES AND DEDUCTIONS

| Description | Current Pay | Y-T-D |
|---|---|---|
| Federal W/H Tax | 223.26 | 10,443.12 |
| RR Tier1 SS EE Ded | 157.06 | 5,866.29 |
| RR Tier1 Med EE Ded | 36.74 | 1,371.96 |
| RR Tier2 EE Ded | 124.13 | 4,441.62 |
| State Tax-Res | 77.77 | 2,904.76 |
| Health | 46.50 | 1,395.00 |
| Life Ins | 4.18 | 135.60 |
| Union Dues RYA 1978 | 83.00 | 661.00 |
| **Total Taxes & Deductions** | **752.64** | **27,219.35** |

### PAID TIME OFF (PTO)

| Description | Prior | Allotment | Taken | Balance |
|---|---|---|---|---|
| Personal Hrs | 0.00 | 32.00 | 32.00 | 0.00 |
| Sick Hrs | 0.00 | 176.00 | 104.00 | 72.00 |
| Vacation Hrs | 0.00 | 120.00 | 24.00 | 96.00 |

### EMPLOYER CONTRIBUTION / MISCELLANEOUS

| Description | Current Pay | Y-T-D |
|---|---|---|
| 401A ER Contr | 128.99 | 4,800.65 |
| NJT Benefit Cost | | 8,000.00 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l $ or % PP |
|---|---|---|---|
| Federal | Married-File Jointly | 5 | 0.00 |
| State | Married or Head of Household | 5 | 0.00 |
| Local | Married | 0 | 0.00 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay By Check | | 1,827.12 |

### IMPORTANT MESSAGES

Please verify the name and address on your paycheck.
To update, please submit a Personal Information Change Form to HRISStaff@njtransit.com.

---

**NJTRANSIT**
The Way To Go.

**Bank Of America**
575 Pigeon Hill Rd.
Dept. DDA
Windsor, CT 06095
USA
51-44 / 119

No. 106304585

Date 08-10-2023

PAY   One Thousand Eight Hundred Twenty Seven and 12/100 Dollars   $1,827.12

TO THE ORDER OF   **Gilbert Wright**
3006 Lynwood Court
Pennsburg, PA 18073
USA

*Non-Negotiable*

**PAYROLL ADVICE**

| Employee Name | Empl ID | Mgt Ctr | Pay Loc | Period Begin | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|---|
| Gilbert Wright | 482150 | 2116 | 330 | 07-19-2023 | 07-25-2023 | 08-03-2023 | 1,886.92 |

| EARNINGS | | | | | TAXES AND DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current Pay | Y-T-D | Description | Current Pay | Y-T-D |
| Regular Earnings | 40.17 | 43.71 | 1,755.83 | 45,231.23 | Federal W/H Tax | 215.09 | 10,219.86 |
| Overtime1 Earnings | 12.00 | 65.56 | 786.78 | 37,545.16 | RR Tier1 SS EE Ded | 154.76 | 5,709.23 |
| Personal Earnings | 0.00 | | 0.00 | 1,358.08 | RR Tier1 Med EE Ded | 36.19 | 1,335.22 |
| Sick Earnings | 0.00 | | 0.00 | 3,972.41 | RR Tier2 EE Ded | 122.31 | 4,317.49 |
| Vacation Earnings | 0.00 | | 0.00 | 1,920.66 | State Tax-Res | 76.63 | 2,826.99 |
| Holiday Earnings | 0.00 | | 0.00 | 3,405.36 | Health | 46.50 | 1,348.50 |
| Total Earnings | | | 2,542.61 | 93,432.90 | Life Ins | 4.21 | 131.42 |
| | | | | | Union Dues RYA 1978 | | 578.00 |
| | | | | | Total Taxes & Deductions | 655.69 | 26,466.71 |

| PAID TIME OFF (PTO) | | | | | EMPLOYER CONTRIBUTION / MISCELLANEOUS | | |
|---|---|---|---|---|---|---|---|
| Description | Prior | Allotment | Taken | Balance | Description | Current Pay | Y-T-D |
| Personal Hrs | 0.00 | 32.00 | 32.00 | 0.00 | 401A ER Contr | 127.13 | 4,671.66 |
| Sick Hrs | 0.00 | 176.00 | 104.00 | 72.00 | NJT Benefit Cost | 1,000.00 | 8,000.00 |
| Vacation Hrs | 0.00 | 120.00 | 24.00 | 96.00 | | | |

| TAX FILING INFORMATION | | | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| | Filing Status | # Exemptions | Add'l $ or % PP | Description | Bank Account | Amount |
| Federal | Married-File Jointly | 5 | 0.00 | Pay By Check | | 1,886.92 |
| State | Married or Head of Household | 5 | 0.00 | | | |
| Local | Married | 0 | 0.00 | | | |

**IMPORTANT MESSAGES**
Please verify the name and address on your paycheck.
To update, please submit a Personal Information Change Form to HRISStaff@njtransit.com.

---

**NJTRANSIT**
The Way To Go.

**Bank Of America**
575 Pigeon Hill Rd.
Dept. DDA
Windsor, CT 06095
USA
51-44 / 119

No. 106304381
Date 08-03-2023

PAY   One Thousand Eight Hundred Eighty Six and 92/100 Dollars              $1,886.92

TO THE ORDER OF
Gilbert Wright
3006 Lynwood Court
Pennsburg, PA 18073
USA

**Non-Negotiable**

**PAYROLL ADVICE**

| Employee Name | Empl ID | Mgt Ctr | Pay Loc | Period Begin | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|---|
| Gilbert Wright | 482150 | 2116 | 330 | 07-12-2023 | 07-18-2023 | 07-27-2023 | 1,886.96 |

| EARNINGS | | | | | TAXES AND DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current Pay | Y-T-D | Description | Current Pay | Y-T-D |
| Regular Earnings | 40.17 | 43.71 | 1,755.83 | 43,475.40 | Federal W/H Tax | 215.09 | 10,004.77 |
| Overtime1 Earnings | 12.00 | 65.56 | 786.78 | 36,758.38 | RR Tier1 SS EE Ded | 154.75 | 5,554.47 |
| Personal Earnings | 0.00 | | 0.00 | 1,358.08 | RR Tier1 Med EE Ded | 36.19 | 1,299.03 |
| Sick Earnings | 0.00 | | 0.00 | 3,972.41 | RR Tier2 EE Ded | 122.31 | 4,195.18 |
| Vacation Earnings | 0.00 | | 0.00 | 1,920.66 | State Tax-Res | 76.63 | 2,750.36 |
| Holiday Earnings | 0.00 | | 0.00 | 3,405.36 | Health | 46.50 | 1,302.00 |
| Total Earnings | | | 2,542.61 | 90,890.29 | Life Ins | 4.18 | 127.21 |
| | | | | | Union Dues RYA 1978 | | 578.00 |
| | | | | | Total Taxes & Deductions | 655.65 | 25,811.02 |

| PAID TIME OFF (PTO) | | | | | EMPLOYER CONTRIBUTION / MISCELLANEOUS | | |
|---|---|---|---|---|---|---|---|
| Description | Prior | Allotment | Taken | Balance | Description | Current Pay | Y-T-D |
| Personal Hrs | 0.00 | 32.00 | 32.00 | 0.00 | 401A ER Contr | 127.13 | 4,544.53 |
| Sick Hrs | 0.00 | 176.00 | 104.00 | 72.00 | NJT Benefit Cost | | 7,000.00 |
| Vacation Hrs | 0.00 | 120.00 | 24.00 | 96.00 | | | |

| TAX FILING INFORMATION | | | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| | Filing Status | # Exemptions | Add'l $ or % PP | Description | Bank Account | Amount |
| Federal | Married-File Jointly | 5 | 0.00 | Pay By Check | | 1,886.96 |
| State | Married or Head of Household | 5 | 0.00 | | | |
| Local | Married | 0 | 0.00 | | | |

| IMPORTANT MESSAGES |
|---|
| Please verify the name and address on your paycheck.<br>To update, please submit a Personal Information Change Form to HRISStaff@njtransit.com. |



**NJTRANSIT**
The Way To Go.

**Bank Of America**
575 Pigeon Hill Rd.
Dept. DDA
Windsor, CT  06095
USA
51-44 / 119

No. 106304177

Date  07-27-2023

**PAY**  One Thousand Eight Hundred Eighty Six and  96/100 Dollars        $1,886.96

**TO THE ORDER OF**
Gilbert Wright
3006 Lynwood Court
Pennsburg, PA  18073
USA

**Non-Negotiable**

**PAYROLL ADVICE**

| Employee Name | Empl ID | Mgt Ctr | Pay Loc | Period Begin | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|---|
| Gilbert Wright | 482150 | 2116 | 330 | 07-05-2023 | 07-11-2023 | 07-20-2023 | 1,509.70 |

### EARNINGS

| Description | Hours | Rate | Current Pay | Y-T-D |
|---|---|---|---|---|
| Regular Earnings | 40.00 | 43.71 | 1,748.40 | 41,719.57 |
| Overtime1 Earnings | 4.00 | 65.56 | 262.26 | 35,971.60 |
| Personal Earnings | 0.00 | | 0.00 | 1,358.08 |
| Sick Earnings | 0.00 | | 0.00 | 3,972.41 |
| Vacation Earnings | 0.00 | | 0.00 | 1,920.66 |
| Holiday Earnings | 0.00 | | 0.00 | 3,405.36 |
| **Total Earnings** | | | 2,010.66 | 88,347.68 |

### TAXES AND DEDUCTIONS

| Description | Current Pay | Y-T-D |
|---|---|---|
| Federal W/H Tax | 143.47 | 9,789.68 |
| RR Tier1 SS EE Ded | 121.78 | 5,399.72 |
| RR Tier1 Med EE Ded | 28.48 | 1,262.84 |
| RR Tier2 EE Ded | 96.25 | 4,072.87 |
| State Tax-Res | 60.30 | 2,673.73 |
| Health | 46.50 | 1,255.50 |
| Life Ins | 4.18 | 123.03 |
| Union Dues RYA 1978 | | 578.00 |
| **Total Taxes & Deductions** | 500.96 | 25,155.37 |

### PAID TIME OFF (PTO)

| Description | Prior | Allotment | Taken | Balance |
|---|---|---|---|---|
| Personal Hrs | 0.00 | 32.00 | 32.00 | 0.00 |
| Sick Hrs | 0.00 | 176.00 | 104.00 | 72.00 |
| Vacation Hrs | 0.00 | 120.00 | 24.00 | 96.00 |

### EMPLOYER CONTRIBUTION / MISCELLANEOUS

| Description | Current Pay | Y-T-D |
|---|---|---|
| 401A ER Contr | 100.53 | 4,417.40 |
| NJT Benefit Cost | | 7,000.00 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l $ or % PP |
|---|---|---|---|
| Federal | Married-File Jointly | 5 | 0.00 |
| State | Married or Head of Household | 5 | 0.00 |
| Local | Married | 0 | 0.00 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay By Check | | 1,509.70 |

### IMPORTANT MESSAGES

Please verify the name and address on your paycheck.
To update, please submit a Personal Information Change Form to HRISStaff@njtransit.com.

---

**NJ TRANSIT** The Way To Go.

**Bank Of America**
575 Pigeon Hill Rd.
Dept. DDA
Windsor, CT 06095
USA
51-44 / 119

No. 106303964

Date 07-20-2023

PAY   One Thousand Five Hundred Nine and 70/100 Dollars                         $1,509.70

TO THE ORDER OF
Gilbert Wright
3006 Lynwood Court
Pennsburg, PA 18073
USA

**Non-Negotiable**

**PAYROLL ADVICE**

| Employee Name | Empl ID | Mgt Ctr | Pay Loc | Period Begin | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|---|
| Gilbert Wright | 482150 | 2116 | 330 | 06-28-2023 | 07-04-2023 | 07-13-2023 | 2,118.47 |

| EARNINGS | | | | | TAXES AND DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current Pay | Y-T-D | Description | Current Pay | Y-T-D |
| Regular Earnings | 32.17 | 43.08 | 1,385.83 | 39,971.17 | Federal W/H Tax | 326.01 | 9,646.21 |
| Overtime1 Earnings | 20.00 | 65.56 | 1,311.30 | 35,709.34 | RR Tier1 SS EE Ded | 186.02 | 5,277.94 |
| Personal Earnings | 0.00 | | 0.00 | 1,358.08 | RR Tier1 Med EE Ded | 43.51 | 1,234.36 |
| Sick Earnings | 0.00 | | 0.00 | 3,972.41 | RR Tier2 EE Ded | 147.01 | 3,976.62 |
| Vacation Earnings | 0.00 | | 0.00 | 1,920.66 | State Tax-Res | 92.11 | 2,613.43 |
| Holiday Earnings | 8.00 | 43.71 | 349.68 | 3,405.36 | Health | 46.50 | 1,209.00 |
| Total Earnings | | | 3,046.81 | 86,337.02 | Life Ins | 4.18 | 118.85 |
| | | | | | Union Dues RYA 1978 | 83.00 | 578.00 |
| | | | | | Total Taxes & Deductions | 928.34 | 24,654.41 |

| PAID TIME OFF (PTO) | | | | | EMPLOYER CONTRIBUTION / MISCELLANEOUS | | |
|---|---|---|---|---|---|---|---|
| Description | Prior | Allotment | Taken | Balance | Description | Current Pay | Y-T-D |
| Personal Hrs | 0.00 | 32.00 | 32.00 | 0.00 | 401A ER Contr | 152.34 | 4,316.87 |
| Sick Hrs | 0.00 | 176.00 | 104.00 | 72.00 | NJT Benefit Cost | | 7,000.00 |
| Vacation Hrs | 0.00 | 120.00 | 24.00 | 96.00 | | | |

| TAX FILING INFORMATION | | | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| | Filing Status | # Exemptions | Add'l $ or % PP | Description | Bank Account | Amount |
| Federal | Married-File Jointly | 5 | 0.00 | Pay By Check | | 2,118.47 |
| State | Married or Head of Household | 5 | 0.00 | | | |
| Local | Married | 0 | 0.00 | | | |

| IMPORTANT MESSAGES |
|---|
| Please verify the name and address on your paycheck. |
| To update, please submit a Personal Information Change Form to HRISStaff@njtransit.com. |



NJTRANSIT
The Way To Go.

**Bank Of America**
575 Pigeon Hill Rd.
Dept. DDA
Windsor, CT 06095
USA
51-44 / 119

No. 106303753

Date 07-13-2023

PAY    Two Thousand One Hundred Eighteen and 47/100 Dollars    $2,118.47

TO THE ORDER OF    Gilbert Wright
3006 Lynwood Court
Pennsburg, PA 18073
USA

**Non-Negotiable**

**PAYROLL ADVICE**

| Employee Name | Empl ID | Mgt Ctr | Pay Loc | Period Begin | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|---|
| Gilbert Wright | 482150 | 2116 | 330 | 06-21-2023 | 06-27-2023 | 07-06-2023 | 1,840.84 |

| EARNINGS | | | | | TAXES AND DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current Pay | Y-T-D | Description | Current Pay | Y-T-D |
| Regular Earnings | 40.17 | 42.44 | 1,704.81 | 38,585.34 | Federal W/H Tax | 198.83 | 9,320.20 |
| Overtime1 Earnings | 12.00 | 63.66 | 763.92 | 34,398.04 | RR Tier1 SS EE Ded | 150.18 | 5,091.92 |
| Personal Earnings | 0.00 | | 0.00 | 1,358.08 | RR Tier1 Med EE Ded | 35.12 | 1,190.85 |
| Sick Earnings | 0.00 | | 0.00 | 3,972.41 | RR Tier2 EE Ded | 118.69 | 3,829.61 |
| Vacation Earnings | 0.00 | | 0.00 | 1,920.66 | State Tax-Res | 74.36 | 2,521.32 |
| Holiday Earnings | 0.00 | | 0.00 | 3,055.68 | Health | 46.50 | 1,162.50 |
| Total Earnings | | | 2,468.73 | 83,290.21 | Life Ins | 4.21 | 114.67 |
| | | | | | Union Dues RYA 1978 | | 495.00 |
| | | | | | Total Taxes & Deductions | 627.89 | 23,726.07 |

| PAID TIME OFF (PTO) | | | | | EMPLOYER CONTRIBUTION / MISCELLANEOUS | | |
|---|---|---|---|---|---|---|---|
| Description | Prior | Allotment | Taken | Balance | Description | Current Pay | Y-T-D |
| Personal Hrs | 0.00 | 32.00 | 32.00 | 0.00 | 401A ER Contr | 123.44 | 4,164.53 |
| Sick Hrs | 0.00 | 176.00 | 104.00 | 72.00 | NJT Benefit Cost | 1,000.00 | 7,000.00 |
| Vacation Hrs | 0.00 | 120.00 | 24.00 | 96.00 | | | |

| TAX FILING INFORMATION | | | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| | Filing Status | # Exemptions | Add'l $ or % PP | Description | Bank Account | Amount |
| Federal | Married-File Jointly | 5 | 0.00 | Pay By Check | | 1,840.84 |
| State | Married or Head of Household | 5 | 0.00 | | | |
| Local | Married | 0 | 0.00 | | | |

**IMPORTANT MESSAGES**

Please verify the name and address on your paycheck.
To update, please submit a Personal Information Change Form to HRISStaff@njtransit.com.

---

**NJTRANSIT**
The Way To Go.

**Bank Of America**
575 Pigeon Hill Rd.
Dept. DDA
Windsor, CT 06095
USA
51-44 / 119

No. 106303505

Date 07-06-2023

PAY    One Thousand Eight Hundred Forty and 84/100 Dollars              $1,840.84

TO THE
ORDER OF    Gilbert Wright
3006 Lynwood Court
Pennsburg, PA 18073
USA

**Non-Negotiable**

**PAYROLL ADVICE**

| Employee Name | Empl ID | Mgt Ctr | Pay Loc | Period Begin | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|---|
| Gilbert Wright | 482150 | 2116 | 330 | 06-14-2023 | 06-20-2023 | 06-29-2023 | 2,085.85 |

| EARNINGS | | | | | TAXES AND DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current Pay | Y-T-D | Description | Current Pay | Y-T-D |
| Regular Earnings | 40.17 | 42.44 | 1,704.81 | 36,880.53 | Federal W/H Tax | 283.76 | 9,121.37 |
| Overtime1 Earnings | 12.00 | 63.66 | 763.92 | 33,634.12 | RR Tier1 SS EE Ded | 174.11 | 4,941.74 |
| Personal Earnings | 0.00 | | 0.00 | 1,358.08 | RR Tier1 Med EE Ded | 40.72 | 1,155.73 |
| Sick Earnings | 0.00 | | 0.00 | 3,972.41 | RR Tier2 EE Ded | 137.60 | 3,710.92 |
| Vacation Earnings | 0.00 | | 0.00 | 1,920.66 | State Tax-Res | 86.21 | 2,446.96 |
| Holiday Earnings | 8.00 | 42.44 | 339.52 | 3,055.68 | Health | | 1,116.00 |
| Total Earnings | | | 2,808.25 | 80,821.48 | Life Ins | | 110.46 |
| | | | | | Union Dues RYA 1978 | | 495.00 |
| | | | | | Total Taxes & Deductions | 722.40 | 23,098.18 |

| PAID TIME OFF (PTO) | | | | | EMPLOYER CONTRIBUTION / MISCELLANEOUS | | |
|---|---|---|---|---|---|---|---|
| Description | Prior | Allotment | Taken | Balance | Description | Current Pay | Y-T-D |
| Personal Hrs | 0.00 | 32.00 | 32.00 | 0.00 | 401A ER Contr | 140.41 | 4,041.09 |
| Sick Hrs | 0.00 | 176.00 | 104.00 | 72.00 | NJT Benefit Cost | | 6,000.00 |
| Vacation Hrs | 0.00 | 120.00 | 24.00 | 96.00 | | | |

| TAX FILING INFORMATION | | | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| | Filing Status | # Exemptions | Add'l $ or % PP | Description | Bank Account | Amount |
| Federal | Married-File Jointly | 5 | 0.00 | Pay By Check | | 2,085.85 |
| State | Married or Head of Household | 5 | 0.00 | | | |
| Local | Married | 0 | 0.00 | | | |

| IMPORTANT MESSAGES |
|---|
| Please verify the name and address on your paycheck.
To update, please submit a Personal Information Change Form to HRISStaff@njtransit.com. |



**NJTRANSIT**
The Way To Go.

**Bank Of America**
575 Pigeon Hill Rd.
Dept. DDA
Windsor, CT  06095
USA
51-44 / 119

No. 106303313

Date  06-29-2023

PAY    Two Thousand Eighty Five and  85/100 Dollars                                              $2,085.85

TO THE
ORDER OF    **Gilbert Wright**
3006 Lynwood Court
Pennsburg, PA  18073
USA

**Non-Negotiable**

**PAYROLL ADVICE**

| Employee Name | Empl ID | Mgt Ctr | Pay Loc | Period Begin | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|---|
| Gilbert Wright | 482150 | 2116 | 330 | 06-07-2023 | 06-13-2023 | 06-22-2023 | 1,840.87 |

### EARNINGS

| Description | Hours | Rate | Current Pay | Y-T-D |
|---|---|---|---|---|
| Regular Earnings | 40.17 | 42.44 | 1,704.81 | 35,175.72 |
| Overtime1 Earnings | 12.00 | 63.66 | 763.92 | 32,870.20 |
| Personal Earnings | 0.00 | | 0.00 | 1,358.08 |
| Sick Earnings | 0.00 | | 0.00 | 3,972.41 |
| Vacation Earnings | 0.00 | | 0.00 | 1,920.66 |
| Holiday Earnings | 0.00 | | 0.00 | 2,716.16 |
| **Total Earnings** | | | 2,468.73 | 78,013.23 |

### TAXES AND DEDUCTIONS

| Description | Current Pay | Y-T-D |
|---|---|---|
| Federal W/H Tax | 198.83 | 8,837.61 |
| RR Tier1 SS EE Ded | 150.18 | 4,767.63 |
| RR Tier1 Med EE Ded | 35.12 | 1,115.01 |
| RR Tier2 EE Ded | 118.69 | 3,573.32 |
| State Tax-Res | 74.36 | 2,360.75 |
| Health | 46.50 | 1,116.00 |
| Life Ins | 4.18 | 110.46 |
| Union Dues RYA 1978 | | 495.00 |
| **Total Taxes & Deductions** | 627.86 | 22,375.78 |

### PAID TIME OFF (PTO)

| Description | Prior | Allotment | Taken | Balance |
|---|---|---|---|---|
| Personal Hrs | 0.00 | 32.00 | 32.00 | 0.00 |
| Sick Hrs | 0.00 | 176.00 | 104.00 | 72.00 |
| Vacation Hrs | 0.00 | 120.00 | 24.00 | 96.00 |

### EMPLOYER CONTRIBUTION / MISCELLANEOUS

| Description | Current Pay | Y-T-D |
|---|---|---|
| 401A ER Contr | 123.44 | 3,900.68 |
| NJT Benefit Cost | | 6,000.00 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l $ or % PP |
|---|---|---|---|
| Federal | Married-File Jointly | 5 | 0.00 |
| State | Married or Head of Household | 5 | 0.00 |
| Local | Married | 0 | 0.00 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay By Check | | 1,840.87 |

### IMPORTANT MESSAGES

Please verify the name and address on your paycheck.
To update, please submit a Personal Information Change Form to HRISStaff@njtransit.com.

---



NJTRANSIT
The Way To Go.

**Bank Of America**
575 Pigeon Hill Rd.
Dept. DDA
Windsor, CT 06095
USA
51-44 / 119

No. 106302968

Date 06-22-2023

PAY    One Thousand Eight Hundred Forty and 87/100 Dollars                    $1,840.87

TO THE
ORDER OF

Gilbert Wright
3006 Lynwood Court
Pennsburg, PA 18073
USA

**Non-Negotiable**

**PAYROLL ADVICE**