# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Gilbert Wright**<br>　　　　　　　**Debtor** | **CHAPTER 13** |
| **PENNYMAC LOAN SERVICES, LLC**<br>　　　　　　　**Movant** | |
| **vs.** | **NO.** 23-12408 AMC |
| **Gilbert Wright**<br>**Scott F. Waterman, Trustee**<br>　　　　　　　**Respondents** | |

## ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by PENNYMAC LOAN SERVICES, LLC, it is **Ordered** and **Decreed** that confirmation is **denied**.

_____
Bankruptcy Judge