# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Gilbert Wright** | CHAPTER 13 |
| **Debtor** | BK. NO. 23-12408 AMC |
| | |
| **PENNYMAC LOAN SERVICES, LLC** | |
| **Movant** | |
| **vs.** | |
| | |
| **Gilbert Wright** | |
| **Scott F. Waterman, Trustee** | |
| **Respondents** | |

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **October 24, 2023**.

Scott F. Waterman, Trustee
2901 St. Lawrence Ave. (VIA ECF)
Suite 100
Reading, PA 19606

Paul H. Young, Esq.
3554 Hulmeville Road (VIA ECF)
Suite 102
Bensalem, PA 19020

Gilbert Wright
3006 Lynwood Court
Pennsburg, PA 18073

Date: October 24, 2023

By: **/s/Denise Carlon**
　　　Denise Carlon, Esquire
　　　KML Law Group, P.C.
　　　701 Market Street, Suite 5000
　　　Philadelphia, PA 19106
　　　215-627-1322
　　　Attorney for Movant/Applicant