IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:                                          )
GILBERT WRIGHT                                  )
    **Debtor(s)**                               )      CHAPTER 13
                                                )
MERCEDES-BENZ FINANCIAL                         )      Case No.: 23-12408 (AMC)
SERVICES USA LLC                                )
    **Moving Party**                           )
                                                )
    v.                                     )
                                                )
GILBERT WRIGHT                                  )
    **Respondent(s)**                          )
                                                )
SCOTT F. WATERMAN                               )
    **Trustee**                                )
_____             )

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Mercedes-Benz Financial Services USA LLC and the Debtor in settlement of the Objection To Confirmation, and filed on or about January 21, 2024 in the above matter is APPROVED.

Dated:  Jan. 30, 2024

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE