United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-12408-amc

Gilbert Wright     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4

Date Rcvd: Feb 29, 2024     Form ID: pdf900     Total Noticed: 54

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gilbert Wright, 3006 Lynwood Court, Pennsburg, PA 18073-1288 |
| cr | + | Mercedes-Benz Financial Services USA LLC, 13650 Hertiage Parkway, Fort Worth, TX 76177-5323 |
| 14821868 | #+ | Mercedes-Benz Fin Srvs USA LLC, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14821632 | + | Mercedes-Benz Financial Services USA LLC, 13650 Heritage Parkway, Fort Worth, TX 76177-5323 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 01 2024 00:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 01 2024 00:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: notices@bkservicing.com | Mar 01 2024 00:38:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113 |
| 14822126 | | Email/Text: bankruptcytn@wakeassoc.com | Mar 01 2024 00:37:00 | ANNE ARUNDEL DERMATOLOGY, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 14806432 | + | Email/Text: bsimmons@amsher.com | Mar 01 2024 00:38:00 | AmSher Collection Services, 4524 Southlake Parkway, Hoover, AL 35244-3270 |
| 14806431 | + | Email/Text: bsimmons@amsher.com | Mar 01 2024 00:38:00 | AmSher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 14806433 | + | Email/Text: bk@avant.com | Mar 01 2024 00:38:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 14806434 | + | Email/Text: bk@avant.com | Mar 01 2024 00:38:00 | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 14819812 | | Email/Text: notices@bkservicing.com | Mar 01 2024 00:38:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, Attn: Ed Gezel, P.O. Box 131265, Roseville MN 55113-0011 |
| 14806435 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2024 00:48:51 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14806436 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2024 00:49:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14806438 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2024 00:49:10 | Citibank, Po Box 6217, Sioux Falls, SD |

Case 23-12408-amc    Doc 36    Filed 03/02/24    Entered 03/03/24 00:33:20    Desc Imaged
Certificate of Notice    Page 2 of 5

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Feb 29, 2024 | Form ID: pdf900 | Total Noticed: 54 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 57117-6217 |
| 14806437 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2024 00:49:02 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14806440 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2024 00:49:10 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14806439 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2024 00:49:02 | Citibank North America, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14822559 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2024 00:49:02 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14806442 | + | Email/Text: elida@commercialtrade.com | Mar 01 2024 00:37:00 | Commercial Trade Bureau, 5330 Office Center Ct., Bakersfield, CA 93309-1561 |
| 14806441 | + | Email/Text: elida@commercialtrade.com | Mar 01 2024 00:37:00 | Commercial Trade Bureau, Attn: Bankruptcy, 5330 Office Centre Ct, Bakersfield, CA 93309-1561 |
| 14820936 | + | Email/Text: elida@commercialtrade.com | Mar 01 2024 00:37:00 | Commercial Trade, Inc., 5330 Office Center Crt, Suite C, Bakersfield, CA 93309-1561 |
| 14806444 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 01 2024 00:38:00 | Genesis Financial, Po Box 4499, Beaverton, OR 97076-4499 |
| 14806443 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 01 2024 00:38:00 | Genesis Financial, Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 14806446 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 01 2024 00:38:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14806445 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 01 2024 00:38:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 14806448 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 01 2024 00:38:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14806447 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 01 2024 00:38:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 14808305 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2024 00:49:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14815989 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 01 2024 00:49:01 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14806449 | + | Email/Text: M74banko@mercedes-benz.com | Mar 01 2024 00:37:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 14806450 | + | Email/Text: M74banko@mercedes-benz.com | Mar 01 2024 00:37:00 | Mercedes - Benz Financial Services, P.o. Box 961, Roanoke, TX 76262-0961 |
| 14806451 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 01 2024 00:49:02 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14806452 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 01 2024 00:49:01 | Merrick Bank/CCHoldings, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14806453 | + | Email/PDF: cbp@omf.com | Mar 01 2024 00:48:49 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14806454 | + | Email/PDF: cbp@omf.com | Mar 01 2024 00:49:02 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14811178 | ^ | MEBN | Mar 01 2024 00:32:20 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14806455 | + | Email/PDF: ebnotices@pnmac.com | Mar 01 2024 00:48:52 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |

| | | | | |
|---|---|---|---|---|
| 14806456 | + | Email/PDF: ebnotices@pnmac.com | Mar 01 2024 00:48:53 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14819474 | + | Email/PDF: ebnotices@pnmac.com | Mar 01 2024 00:49:02 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14806458 | ^ | MEBN | Mar 01 2024 00:32:16 | Prosper Funding LLC, 221 Main Street, San Francisco, CA 94105-1906 |
| 14806457 | ^ | MEBN | Mar 01 2024 00:32:18 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14806459 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2024 00:49:08 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14806460 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2024 00:49:00 | Synchrony Bank/Amazon, Po Box 71737, Philadelphia, PA 19176-1737 |
| 14808615 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 01 2024 00:49:10 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14806462 | + | Email/Text: dbogucki@trumark.org | Mar 01 2024 00:38:00 | Trumark Financial Credit Union, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14806461 | + | Email/Text: dbogucki@trumark.org | Mar 01 2024 00:38:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14818654 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 01 2024 00:38:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14806463 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 01 2024 00:38:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14806464 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 01 2024 00:38:00 | U.S. Bankcorp, Cb Disputes, Saint Louis, MO 63166 |
| 14823788 | | Email/Text: peritus@ebn.phinsolutions.com | Mar 01 2024 00:38:00 | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 141419, Irving, Tx 75014-1419 |
| 14806466 | ^ | MEBN | Mar 01 2024 00:32:22 | Westlake Portfolio Management, LLC, 4751 Wilshire Bvld, Los Angeles, CA 90010-3827 |
| 14806465 | ^ | MEBN | Mar 01 2024 00:32:06 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 02, 2024              Signature:        /s/Gustava Winters

Case 23-12408-amc    Doc 36    Filed 03/02/24    Entered 03/03/24 00:33:20    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 29, 2024 | Form ID: pdf900 | Total Noticed: 54 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:**

**Name**     **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

MARK A. CRONIN
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

PAUL H. YOUNG
on behalf of Debtor Gilbert Wright support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Mercedes-Benz Financial Services USA LLC wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | | |
|---|---|---|
| Gilbert Wright | | Chapter 13 |
| | | Bankruptcy No. 23-12408-AMC |
| Debtor | | |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date:  Feb. 29, 2024

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE